# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
MCCLIMON, JODEE L § Case No. 10-03220DS
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/WESLEY B. HUISINGA_____
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

Case No:      10-03220DS    ALS    Judge: ANITA L SHODEEN
Case Name:    MCCLIMON, JODEE L

For Period Ending:  12/13/12

Trustee Name:              WESLEY B. HUISINGA
Date Filed (f) or Converted (c):  06/24/10 (f)
341(a) Meeting Date:       07/28/10
Claims Bar Date:           09/19/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 20.00 | 0.00 | | 0.00 | FA |
| 2. Ascentra Credit Union (checking / savings) | 720.00 | 0.00 | | 0.00 | FA |
| Debtor's original schedules show $720 - Amended schedules show $300.38 in savings & $121.96 in checking - Trustee requesting proof of change. | | | | | |
| 3. Usual Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 5. Wedding Rings | 200.00 | 0.00 | | 0.00 | FA |
| 6. 3 Bicycles | 50.00 | 0.00 | | 0.00 | FA |
| 7. Fishing Poles & Tackle | 15.00 | 0.00 | | 0.00 | FA |
| 8. Baseball Bats & Gloves | 5.00 | 0.00 | | 0.00 | FA |
| 9. Federated IRA | 3,750.00 | 0.00 | | 0.00 | FA |
| 10. 2009 Taxes Got & Spent | 0.00 | 0.00 | | 0.00 | FA |
| 11. 2002 Ford Explorer - 135,000 miles | 4,225.00 | 0.00 | | 0.00 | FA |
| Lien held by Ascentra CU | | | | | |
| 12. 2010 Federal & State Tax Refunds (u) | 0.00 | 826.92 | | 826.92 | FA |
| totaling $4004 prorated to date of filing = $1919.73 Debtor amended Schedule C claiming $1000 exemption under 627.6(10) plus $95.00 exemption under 627.6(8)(a) and $788.04 under 627.6(14) Trustee objecting as BKCY filed prior to July 1, 2010 when stacking exemption authorized. Total amount owing estate = $826.92 (Amd Schedule B shows $1921.92) | | | | | |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.03 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)           $10,185.00         $826.92                    $826.95         $0.00

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 10-03220DS    ALS    Judge: ANITA L SHODEEN | Trustee Name: | WESLEY B. HUISINGA |
|---|---|---|---|
| Case Name: | MCCLIMON, JODEE L | Date Filed (f) or Converted (c): | 06/24/10 (f) |
| | | 341(a) Meeting Date: | 07/28/10 |
| | | Claims Bar Date: | 09/19/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Original NDR filed 8/3/2010 - Court closed 9/29/2010 - Case Reopened 3/8/2011-BHF reappointed 3/10/2011

Objection to Exemptions filed 4/12/2011

Initial Projected Date of Final Report (TFR): 03/31/12    Current Projected Date of Final Report (TFR): 07/15/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 10-03220DS -ALS | Trustee Name: | WESLEY B. HUISINGA |
|---|---|---|---|
| Case Name: | MCCLIMON, JODEE L | Bank Name: | UNKNOWN BANK |
| | | Account Number / CD #: | *******6465 Checking Account |
| Taxpayer ID No: | *******3618 | | |
| For Period Ending: | 12/13/12 | Blanket Bond (per case limit): | $ 12,150.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/24/11 | 12 | Jodee McClimon | tax refunds DEPOSIT CHECK #3097 | 1224-000 | 826.92 | | 826.92 |
| 06/07/12 | 001001 | JODEE L MCCLIMON 2333 JEBENS AVENUE APT 7 DAVENPORT, IA 52804 | | 9999-000 | | 826.92 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 826.92 | 826.92 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 826.92 | |
| Subtotal | 826.92 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 826.92 | 0.00 | |

Page Subtotals    826.92    826.92

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 10-03220DS -ALS | Trustee Name: | WESLEY B. HUISINGA |
| --- | --- | --- | --- |
| Case Name: | MCCLIMON, JODEE L | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1460  Checking - Non Interest |
| Taxpayer ID No: | *******3618 | | |
| For Period Ending: | 12/13/12 | Blanket Bond (per case limit): | $  12,150.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/04/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 823.77 | | 823.77 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.47 | 823.30 |

| | | | |
| --- | --- | --- | --- |
| COLUMN TOTALS | 823.77 | 0.47 | 823.30 |
| Less:  Bank Transfers/CD's | 823.77 | 0.00 | |
| Subtotal | 0.00 | 0.47 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.47 | |

Page Subtotals    823.77    0.47

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-03220DS -ALS | | Trustee Name: | WESLEY B. HUISINGA |
| Case Name: | MCCLIMON, JODEE L | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2757 Money Market - Interest Bearing |
| Taxpayer ID No: | *******3618 | | | |
| For Period Ending: | 12/13/12 | | Blanket Bond (per case limit): | $ 12,150.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/08/12 | | Burton H. Fagan | Check from Fagan | 9999-000 | 826.92 | | 826.92 |
| 07/31/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 826.93 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.08 | 825.85 |
| 08/31/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 825.86 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.05 | 824.81 |
| 09/28/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 824.82 |
| 09/28/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.95 | 823.87 |
| 10/04/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 0.10 | 823.77 |
| 10/04/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 823.77 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 826.95 | 826.95 | 0.00 |
| Less: Bank Transfers/CD's | | 826.92 | 823.77 | |
| Subtotal | | 0.03 | 3.18 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.03 | 3.18 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********6465 | 826.92 | 0.00 | 0.00 |
| Checking - Non Interest - ********1460 | 0.00 | 0.47 | 823.30 |
| Money Market - Interest Bearing - ********2757 | 0.03 | 3.18 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 826.95 | 3.65 | 823.30 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      826.95      826.95

| | | | .0 | | |
|---|---|---|---|---|---|
| Page 1 | | | ANALYSIS OF CLAIMS REGISTER | | Date: December 13, 2012 |

Case Number: 10-03220DS  
Debtor Name: MCCLIMON, JODEE L  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200<br>2700-00 | CLERK, US BANKRUPTCY COURT<br>PO BOX 9264<br>Des Moines, IA 50306-9264 | Administrative<br>Reopening Estate Fee | | $260.00 | $0.00 | $260.00 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $4,994.62 | $0.00 | $4,994.62 |
| 000002<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $7,093.87 | $0.00 | $7,093.87 |
| 000003<br>070<br>7100-00 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $6,782.97 | $0.00 | $6,782.97 |
| 000004<br>070<br>7100-00 | Kirkwood Law Office<br>125 Kirkwood Blvd<br>Davenport, IA 52803 | Unsecured | | $3,580.00 | $0.00 | $3,580.00 |
| 000005<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | Unsecured | | $364.17 | $0.00 | $364.17 |
| 000006<br>070<br>7100-00 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Suite 200<br>Tucson, AZ 85712 | Unsecured | | $1,380.98 | $0.00 | $1,380.98 |
| | Case Totals: | | | $24,456.61 | $0.00 | $24,456.61 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

                                            Exhibit D

Case No.: 10-03220DS
Case Name: MCCLIMON, JODEE L
Trustee Name: WESLEY B. HUISINGA

      Balance on hand                                     $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: WESLEY B. HUISINGA | $ | $ | $ |
| Trustee Expenses: WESLEY B. HUISINGA | $ | $ | $ |
| Charges: CLERK, US BANKRUPTCY COURT | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses       $_____

    Remaining Balance                                             $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000003 | Chase Bank USA NA | $ | $ | $ |
| 000004 | Kirkwood Law Office | $ | $ | $ |
| 000005 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000006 | HSBC Bank Nevada, N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid _pro_ _rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE